IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| RACHAEL C. MOONEY and MATTHEW B. MOONEY, <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | Civil Action No. 1:22-cv-00083-AJT-TCB |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss their claims in the above-captioned action (the "Action") with prejudice. Defendants have neither served an answer or a motion for summary judgment in the Action, making this notice effective upon filing.

Dated: May 13, 2022

Respectfully submitted,

/s/ Matthew B. Mooney
Matthew B. Mooney, Esq. (Va. Bar # 48589)
10805 Cherry Hill Drive
Glen Allen, VA 23059
Phone: 203-892-2066
mbm4b11@gmail.com

*Counsel for Plaintiffs*

So ordered 5/16/22

/s/
Anthony J. Trenga
United States District Judge

2

## CERTIFICATE OF SERVICE

I certify that on the 13 day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

/s/ Matthew B. Mooney
Matthew B. Mooney, Esq. (Va. Bar # 48589)
10805 Cherry Hill Drive
Glen Allen, VA 23059